# US District Court
# Western District of Michigan

Tyrosh Brown
  Plaintiff

vr

The City of
  Grand Rapids ;

Joe Haba ;

Eric Jordon ;

Corey Slager ;

Jason Prindle ;

FILED - GR
October 26, 2022 3:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB 10/27

1:22-cv-1000
Paul L. Maloney
United States District Judge

Plaintiff brings forth civil litigation against the City of Grand Rapids and multiple city employes for violation of his 4th Amendment

1

It is ferm that the Plaintiff is protected by the constitution, from unreasonable search and seizures!

In the case brought forth, defendants are in full violation of Plaintiffs rights. When they began excessively! writing Plaintiff multiple multiple..... ticket violations, most times, of the same socalled violation over and over, totaling into the thousands.

Defendant Joe Haba, got so extreme over the extent of several years, that he started peeping and taking pictures through Plaintiffs windows. On several occasions, Joe Haba beat on Plaintiffs door so hard and loud that it sound like he trying to break the door down, rudley disturbing, alarming and waking Plaintiff out of his sleep, A issue that the Plaintiff informed the Judge of, at the hearing in court.

3

The city has in file pertaining to Plaintiffs residence, over 200 pictures tooken of and around his home, some pictures of the same thing. Times that Plaintiff engaged with defendant about getting issues with the citations resolved, it would always be uneasy and tensed.

Defendant frequently hurled threats at Plaintiff. One of the most desturbing threats that Plaintiff recived from Joe Haba, was that he would condemn his house if he didn't let them come in to search and inspect his home.

4

Plaintiff brought and disqusted this and multiple issues to the Judge and both Joe Haba's Superior's, Eric Jordon and Corey Slaqer. The only thing they told Plaintiff, there was nothing they could do. It was A unrelentless hinderance inflicted on Plaintiff.

One afternoon Plaintiff arived home he noticed that his old classic Blazer that he had for over 15 years with plans to totaly refurbish it. It was took from his back yard, stolen, seized,

5

So Plaintiff had to search and find out where and what happend to his truck. He eventually he finds that it was INPOUND.

Plaintiff was forced to go to the inpound, Pay A large fee to bring his Unlawfully, seized, truck, back home where it belongs and when he got it back home, he finds out something was broke on it, cause the Passenger front tier could not move any more.

Plaintiffs truck could not even roll properly any more.

A few years later Plantiff was attacked agin with threats of violation to illegally seize his truck again, Plaintiff called the city and spoke with Jason Prindle, to ask him why he did he right him a violation about his truck? when he has already had a fine for his truck and that his truck was confiscated in the past for the same exact reason. Defendant Jason Prindle told the Plaintiff the complaint is filed so he has to follow threw with it.

7

One of the least but defintely not last citations given to the Plaintiff was ownership/Lack of Registration 41-18-06-251-013, in A Nutshell Plaintiff was charged A fine beacuse Defendant Joe haba said he couldn't find who own the Plaintiffs home. One of the clerks at the city told the Plaintiff she's never seen A fine, ticket, or violation like this before and that he should hold off on paying this one, tell he can figure out what it is and what its about.

8

Wherefore: Plaintiff demands Judgment against defendant, the City of Grand Rapids in they full capacity, in the amount of $5,000,000.

Also: Plaintiff demands Judgement against the defendant Joe Habq in his full capacity in the amount of $500,000.

Also: Plaintiff demands Judgement against the defendant Eric Jordon in his full capacity in the amount of $150,000.

Also: Plaintiff demands Judgement against the defendant Corey Slager in his full capacity in the amount of $150,000.

Also: Plaintiff demands Judgement against the defendant Jason Prindle in his full capacity in the amount of $100,000

10-26-22

9

Tyrosh Brown
430 Adams
Grand Rapids MI 49507

District court
Western District of Michigan

Tyrosh Brown

Plaintiff(s)

Vs.

City of Grand rapids,
Joe Haba, Eric Jordon,
Corey Slager,
Jason Prindle

defendant(s)

Case—

## Proof Of Service

In the case presented the Plaintiff is filing a lawsuit against defendant(s).

10-26-22

Tyrosh Brown