UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TYROSH BROWN,             )<br>               Plaintiff,         )<br>v.                                                )<br>                                                )<br>                                                )<br>CITY OF GRAND RAPIDS, *et al.*,  )<br>               Defendants.    )<br>                                                ) | No. 1:22-cv-1000<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 29, 2022                                      /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge