UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TYROSH BROWN,

          Plaintiff,

Case No. 1:22-cv-01000-PLM-PJG

Honorable Paul L. Maloney

v.

GRAND RAPIDS, CITY OF, et al.,

          Defendants.
_____/

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

    This matter is before the Court on Plaintiff's Motion for Pauper Status. (ECF No. 14). For the reasons articulated herein, Plaintiff's motion will be denied.

    Plaintiff initiated this action against the City of Grand Rapids, Joe Haba, Eric Jordon, Corey Slager and Jason Prindle. The Court subsequently dismissed Plaintiff's complaint for failure to state a claim on which relief may be granted. Plaintiff has appealed this determination to the Sixth Circuit and seeks to pursue his appeal in forma pauperis. Under federal law, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). As the Court previously concluded, Plaintiff's appeal is frivolous and is not taken in good faith. Accordingly,

**IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed in forma pauperis on appeal.  If Plaintiff wishes to proceed with his appeal, he must pay the $505.00 appellate fee to the Clerk of this Court within 28 days of this order.  See 28 U.S.C. §§ 1913, 1917; 6 Cir. I.O.P. 3; Court of Appeals Miscellaneous Fee Schedule § 1 (Dec. 1, 2020).  Alternatively, Plaintiff may file a motion for leave to proceed in forma pauperis in the Court of Appeals pursuant to the requirement set forth in FED. R. APP. P. 24(a)(5).

Dated:   December 19, 2022              /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge

**SEND REMITTANCES TO**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI  49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**